```
1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 FAX

5  Attorneys for EDGAR CARDENAS-PACHECO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR 12-00613 DLJ |
|---|---|
| Plaintiff, | STIPULATION AND [ ] ORDER TO CONTINUE SENTENCING HEARING FOR DEFENDANT EDGAR CARDENAS-PACHECO |
| vs. | |
| EDGAR CARDENAS-PACHECO, | |
| Defendant. | |

ITS IS HEREBY STIPULATED, by and between PHILIP GUENTERT, ESQ., attorney for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant EDGAR CARDENAS-PACHECO, that the date set for judgment and sentence which is currently set for December 12, 2013 at 10:00 a.m., be continued to Thursday, January 16, 2014, at 10:00 a.m.  The Defendant EDGAR CARDENAS-PACHECO is currently in the process of fulfilling his obligations under the plea agreement in this matter and it appears that those obligations cannot be accomplished until after December of 2013.

The Probation Office has no objection to this request.

///

///

///

IT IS SO STIPULATED.

DATED: August 14, 2013        CAREY & CAREY

_____/S/_____
ROBERT E. CAREY, JR. Attorneys for
Defendant EDGAR CARDENAS-PACHECO

DATED: August 14, 2013        UNITED STATES OF AMERICA

_____/S/_____
PHILIP GUENTERT,
Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of EDGAR CARDENAS-PACHECO, which is currently set for December 12, 2013 at 10:00 a.m., be continued to Thursday, January 16, 2014, at 10:00 a.m.

IT IS SO ORDERED.

DATED: FGJFGJH

_____
JUDGE D. LOWELL JENSEN